# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

CLIFFORD EATON                                                                                          PETITIONER
REG. #12878-074

V.                                            NO: 2:11CV00156 JMM/HDY

T.C. OUTLAW                                                                                              RESPONDENT

## ORDER

Plaintiff, currently incarcerated at the Federal Correctional Institution in Forrest City, filed a *pro se* complaint, (docket entry #2), on September 6, 2011, and he was granted leave to proceed *in forma papuperis*. Plaintiff's complaint challenges the conditions of his confinement, does not seek earlier release, and was docketed as a civil rights complaint pursuant to *Bivens v. Six Unknown Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). On October 13, 2011, Plaintiff filed a motion for reconsideration of the order granting him leave to proceed *in forma pauperis*, in which he asserts that he wishes to have his complaint treated as a *habeas* petition, which has a $5.00 filing fee, rather than *Bivens* action, which has a $350.00 filing fee. Plaintiff's motion will be granted.

IT IS THEREFORE ORDERED THAT:

1.      For good cause shown, Plaintiff's motion (docket entry #6) is GRANTED, and the order granting Plaintiff *in forma paupris* status (docket entry #4) is hereby vacated.

2.      The Clerk is directed to change the designation of this case to a *habeas* petition, rather than a civil rights action.

3.      Based on financial information Plaintiff has provided, he is not entitled to pursue a *habeas* action *in forma pauperis*.

4.      Plaintiff is directed to submit, no later than 30 days after the entry of this order, the

$5.00 filing fee for a *habeas* petition. Plaintiff's failure to do so will result in the dismissal of his petition.

DATED this 26th day of October, 2011.

/s/ James M. Moody
UNITED STATES DISTRICT JUDGE